UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EUGENE SZYMANSKI,

    Plaintiff,

v.                                Case No. 12-12356

GARY J. ZILLI, et al.,

    Defendants.
    _____/

## JUDGMENT

In accordance with the court's June 27, 2012, "Opinion and Order Denying 'Application to Proceed Without Prepayment of Fees,' Dismissing Complaint Under 28 U.S.C. § 1915(g), and Terminating as Moot 'Motion for Special Service by the U.S. Marshal's Service on Defendants,'"

IT IS ORDERED AND ADJUDGED that the court summarily dismisses, without prejudice, Plaintiff Eugene Szymanski's complaint. Dated at Detroit, Michigan, this 27th day of June, 2012.

                                            DAVID J. WEAVER
                                            CLERK OF THE COURT

                                 BY: s/Lisa Wagner
                                     Lisa Wagner, Deputy Clerk
                                     and Case Manager to
                                     Judge Robert H. Cleland